**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**DAVID PETERS,**

                           **Petitioner,**                  **9:10-cv-116**
                                                                     **(GLS/DEP)**

                         **v.**

**SUPERINTENDENT of Sing Sing**
**Correctional Facility,**

                           **Respondent.**
_____

**APPEARANCES:**                             **OF COUNSEL:**

**FOR THE PETITIONER:**
David Peters
Pro Se
06-A-5776
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

**FOR THE RESPONDENT**
HON. ERIC T. SCHNEIDERMAN      PRISCILLA I. STEWARD
New York State Attorney General       Assistant Attorney General
New York Office
120 Broadway
New York, NY 10271

**Gary L. Sharpe**
**Chief Judge**

## MEMORANDUM-DECISION AND ORDER

### I. Introduction

Petitioner *pro se* David Peters brings this Petition for a Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2254, alleging that his current confinement in state custody is in violation of his federal constitutional rights. (Pet., Dkt. No. 1.) In a Report-Recommendation and Order (R&R) filed October 19, 2011, Magistrate Judge David E. Peebles recommended that the Petition be denied and dismissed in all respects.[1] (*See generally* R&R, Dkt. No. 11.) Pending are Peters' objections to the R&R. (*See* Dkt. No. 14.) For the reasons that follow, the R&R is adopted in its entirety.

## II. Standard of Review

Before entering final judgment, this court routinely reviews all report and recommendation orders in cases it has referred to a magistrate judge. If a party has objected to specific elements of the magistrate judge's findings and recommendations, this court reviews those findings and recommendations *de novo*. *See Almonte v. N.Y. State Div. of Parole*, No. 04-cv-484, 2006 WL 149049, at *6-7 (N.D.N.Y. Jan. 18, 2006). In those cases where no party has filed an objection, or only a vague or general objection has been filed, this court reviews the findings and

---

[1] The Clerk is directed to append the R&R to this decision, and familiarity therewith is presumed.

2

recommendations of the magistrate judge for clear error. *See id.*

## III. Discussion

Peters' "objections" consist of factual statements and legal citations which were already considered by Judge Peebles. (*See* Dkt. No. 14 at 3-7.) While Peters clearly believes the state courts erred, Judge Peebles found his assertions were either procedurally forfeited and/or lacked merit. (*See* R&R at 14-25.) As such, Peters' "objections" are insufficient to require a *de novo* review as there is no reference to a perceived error by Judge Peebles. Having found no clear error in the R&R, the court accepts and adopts Judge Peebles' R&R in its entirety.

## IV. Conclusion

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that Magistrate Judge David E. Peebles' October 19, 2011 Report-Recommendation and Order (Dkt. No. 11) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Peters' Petition (Dkt. No. 1) is **DENIED** and **DISMISSED** in all respects; and it is further

**ORDERED** that the court **DECLINES** to issue a certificate of appealability; and it is further

3

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Memorandum-Decision and Order to the parties by mail and certified mail.

**IT IS SO ORDERED.**

January 23, 2012
Albany, New York

_____
Gary L. Sharpe
Chief Judge
U.S. District Court